514 A.2d 1369

Forrest M. SWAYDIS, Appellant,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE POLICE, Appellee.

Supreme Court of Pennsylvania.

Argued June 3, 1986.

Decided Sept. 22, 1986.

Harris T. Bock, Philadelphia, for appellant.

Andrew S. Gordon, Sr. Deputy Atty. Gen., Allen C. Warshaw, Chief, Litigation Section, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, and PAPADAKOS, JJ.

## ORDER OF COURT

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.